IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAJUAN WINFIELD | : | CIVIL ACTION |
| v. | : | |
| POLICE OFFICER ANTHONY COMITALO | : | NO. 09-289 |

O R D E R

AND NOW, this 7TH day of December in accordance with the Jury's Verdict in the above captioned case,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of Defendant Police Officer Anthony Comitalo and against Plaintiff Lajuan Winfield .

BY THE COURT

___S/ JOHN R. PADOVA _______
JOHN R. PADOVA J.